STATE BANK OF PEARL RIVER, Respondent, v. HUDSON ENGINEERING AND TOOL CO., INC., Defendant, and MARIO R. LA BARBERA, as Statutory Receiver, Intervener, Appellant.— In an action on a promissory note by a resident against a foreign corporation, order denying motion of the statutory receiver of the corporation to vacate a warrant of attachment reversed on the law, with $10 costs and disbursements, and motion granted, without costs. Inasmuch as no application for a domestic receiver has been made pursuant to section 977-b of the Civil Practice Act and that statute is not invoked by respondent, it is not to be considered in the determination of the present motion. Irrespective of that statute, the policy of this State (*Clark* v. *Williard*, 292 U. S. 112, 294 U. S. 211) is to surrender assets of a liquidated foreign corporation to a statutory receiver appointed in the State in which it was created where, as here, there is reasonable assurance that a ratable distribution of all net assets will be made to all creditors (*Martyne* v. *American Union Fire Ins. Co.* 216 N. Y. 183; *Wulff* v. *Roseville Trust Co.*, 164 App. Div. 399). Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ., concur. [See *post*, p. 896.]

■

WAVERLY GARDENS, INC., Respondent, v. HARING & GRANT, INC., Appellant. — Defendant appeals from an order made on April 7, 1952, enjoining it, pending trial and determination of this action, from interfering with plaintiff's sewer easement and from connecting a sewer line to the sewer line which plaintiff had laid in the strip of land affected by said easement; and from an order made on April 14, 1952, resettling the said order. Order of April 14, 1952, affirmed, with $10 costs and disbursements. No opinion. Appeal, insofar as it is from the order of April 7, 1952, dismissed, without costs. Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur.

■

## (June 16, 1952.)

■

PAULINE BAUM, Respondent, v. HADASSA CROSFIELD, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1088; *post*, p. 985].